UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MICHAEL JOSEPH,
    Plaintiff,
vs.

SUMMIT PROPERTIES PARTNERSHIP, L.P. a/k/a CAMDEN SUMMIT PARTNERSHIP, L.P. and BAIRES BRICKELL, LLC d/b/a BAIRES GRILL,
    Defendant(s).

Case No: 22-cv-23949-RKA

## **JOINT NOTICE OF SETTLEMENT IN PRINCIPLE**

Plaintiff, MICHAEL JOSEPH, and Defendants, SUMMIT PROPERTIES PARTNERSHIP, L.P. a/k/a CAMDEN SUMMIT PARTNERSHIP, L.P. and BAIRES BRICKELL, LLC d/b/a BAIRES GRILL, by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

    Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
    *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(305) 900-2373
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
    *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 571-0646
WassenbergL@gmail.com

s/ Stefanie Silverman Copelow
Stefanie S. Copelow, Esq. (FBN: 85403)
*Attorney for Defendants, Baires Brickell, LLC and Summit Properties Partnership, L.P. a/k/a Camden Summit Partnership, L.P.*
Cole, Scott & Kissane, P.A.
222 Lakeview Avenue, Suite 120
West Palm Beach, FL 33401
(561) 681-5532
stefanie.copelow@csklegal.com